COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Shirley Lenoir, Individually and as personal representative of the
estate of Shana Lenoir and Christopher McKnight , Individually and as
next friend of Nayla McKnight v. U.T. Physicians, Angela Mathews,
Leah Ann Gonski Marino f/k/a Leah Ann Gonski, and Jaou-Chen
Huang, M.D.

Appellate case number:   01-14-00767-CV

Trial court case number:  2012-35806

Trial court:              164th District Court of Harris County

Appellant's Opposed Motion to Extend Time to File Notice of Interlocutory Appeal is **GRANTED**. Appellant's notice of appeal is considered timely filed as of September 12, 2014.

It is so ORDERED.


Judge's signature: _____/s/ Harvey Brown
                    ☒  Acting individually


Date:  November 25, 2014